**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BARKHA SHAH, Derivatively on Behalf of Nominal Defendant ASCENA RETAIL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID R. JAFFE, ROBERT GIAMMATTEO, KATIE J. BAYNE, KATE BUGGELN, KAY KRILL, CARL RUBIN, LINDA YACCARINO, ELLIOTT JAFFE, RANDY L. PEARCE, STEVEN L. KIRSHENBAUM, STACEY RAUCH, CARRIE W. TEFFNER, and JOHN L. WELBORN, JR. <br><br> Defendants, <br><br> and <br><br> ASCENA RETAIL GROUP, INC., <br><br> Nominal Defendant | C.A. No. 20-831 (UNA) |

## ORDER

AND NOW, this  22nd  day of    June           , 2020, the Court having considered Plaintiffs' Motion to File Complaint Under Seal (the "Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that Plaintiff shall file his Complaint under seal;

IT IS FINALLY ORDERED that the parties shall confer as to what is confidential and file a redacted version of the complaint within 21 days.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge